Copy of the Electronic Original® document managed by the eCore® On Demand (EOD™) Service.

| SIMPLE INTEREST RETAIL INSTALLMENT CONTRACT | REPRINT DATE: 4/29/2023 | SALES DATE: 04/29/2023 |
|---|---|---|
| Buyer (and Co-Buyer) Name and Address<br>Quintavious Marquez Newton<br>Tia Monet Newton<br>749 Shadow Lake Dr<br><br>Lithonia, GA 30058-6298 | Dealer/Creditor Name and Address<br>DRIVETIME CARSALES COMPANY, LLC  DBA: DRIVETIME GWINNETT<br>3525 SATELLITE BLVD<br>DULUTH, GA 30096-4646 | |

You, the Buyer (and Co-Buyer, if any) shown above, agree to buy the motor vehicle described below (the "Vehicle") on credit subject to the terms and conditions of this contract and security agreement (the "Contract").  By signing below, you represent that you have been quoted only one cash price for the Vehicle.  "We", "us" and "our" refer to the Dealer shown above and any person to which we may transfer or assign the Contract.

| New/Used | Model Year and Make | Model | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|
| USED | 2018 Dodge | Journey | 3C4PDCAB1JT443833 | [X] Personal   [ ] Agricultural<br>[ ] Business |
| Trade-In: | N/A<br>Year | N/A<br>Make | | N/A<br>Model |

### FEDERAL TRUTH IN LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate | FINANCE CHARGE The dollar amount the credit will cost you | Amount Financed The amount of credit provided to you or on your behalf | Total of Payments The amount you will have paid when you have made all scheduled payments | Total Sale Price The total cost of your purchase on credit, including your down payment of $ 2,100.00 |
|---|---|---|---|---|
| 25.886 % | $ 19,631.14 | $ 20,460.13 | $ 40,091.27 | $ 42,191.27 |

**Payment Schedule**

| Number of Payments | Amount of Each Payment | When Payments Are Due |
|---|---|---|
| 151 | $263.77 | BiWeekly beginning 05/27/2023 |
| 1 | $262.00 | Ending 03/10/2029 |

**Prepayment:** If you pay off your debt early, you will not have to pay a penalty.

**Late Payment:** You must pay a late charge on the part of each payment not made within 10 days after the date the payment is due.  The charge is 5% of the delinquent amount or $50.00, whichever is less.

**Security Interest:** You are giving a security interest in the Vehicle being purchased.  Please read this Contract for additional information on security interests, non-payment, default, and our right to require repayment of your debt in full before the scheduled maturity date and prepayment refunds and penalties.

**Promise to Pay and Payment Terms:** You promise to pay us the Amount Financed, plus Finance Charges accruing on the unpaid balance at the rate of **25.886**% per year (the "Contract Rate") from today's date until paid in full. Finance charges accrue on a daily simple interest basis. As outlined above in the Truth In Lending Disclosures you agree to pay this Contract according to the payment schedule by paying the amount stated in the Total of Payments box, or a greater amount. You also agree to pay the late charge shown above and any additional amounts according to the terms and conditions of this Contract.

The original document is owned by Bridgecrest Acceptance Corporation and this copy was created on May 01, 2023 05:01:43 AM.

Exhibit A

Page 1 of 5

| INSURANCE | | ITEMIZATION OF AMOUNT FINANCED | |
|---|---|---|---|
| YOU MAY OBTAIN INSURANCE ON THE VEHICLE FROM A PERSON OF YOUR CHOICE THAT IS AUTHORIZED TO SELL SUCH INSURANCE AND IS ACCEPTABLE TO US. LIABILITY INSURANCE COVERAGE FOR BODILY INJURY AND PROPERTY DAMAGE CAUSED TO OTHERS IS NOT INCLUDED. | | 1 **Cash Price** (Including title ad valorem tax of $661.13 any accessories, their installation, and taxes) $21,456.13 (1) <br> 2 **Down Payment** <br>   (2a) Cash Down Payment  $2,100.00 (2a) <br>   (2b) Trade-In Allowance  $0.00 (2b) <br>   (2c) Trade-In Payoff  $0.00 (2c) <br>     Payoff To: ____N/A____ <br>   (2d) Net Trade-In (Description Page 1) (2b minus 2c)  $0.00 (2d) <br>   **Total Down Payment (2a plus 2d)**  $2,100.00 (2) <br> 3 **Unpaid Balance of Cash Price** (1 minus 2)  $19,356.13 (3) <br> 4 **Amounts Paid to Others on Your Behalf** <br>   (a) To Public Officials <br>     License, title & registration fees  $69.00 <br>   (b) Other Charges: <br> **To: DriveTime  For  SilverRock Included 30 Day  $0.00 <br> **To: DriveTime  For  SilverRock GAP Coverage  $1,035.00 <br>   **Total Amounts Paid to Others on Your Behalf (a plus b)**  $1,104.00 (4) <br>   ** Dealer may retain or receive a portion of these amounts paid to others, except those fees paid to public officials. <br> 5 **Balance of Cash Price and Other Charges** (3 plus 4)  $20,460.13 (5) <br> 6 **Amount Financed**  $20,460.13 (6) | |
| **NOTICES REQUIRED BY FEDERAL LAW** | | | |
| Used motor vehicle Buyers Guide. If you are buying a used vehicle with this Contract, federal regulations may require a special Buyers Guide to be displayed on the window of the Vehicle. **THE INFORMATION YOU SEE ON THE WINDOW FORM FOR THIS VEHICLE IS PART OF THIS CONTRACT. INFORMATION ON THE WINDOW FORM OVERRIDES ANY CONTRARY PROVISIONS IN THE CONTRACT OF THE SALE.** | | | |
| **NOTICE - ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.** | | | |

**General Terms; Payments:** You have been given the opportunity to purchase the Vehicle and any other products and services identified in this Contract for the **Total Sale Price.** The Total Sale Price is the total price of the Vehicle and any other products or services plus the Finance Charges if you buy them over time. You agreed to purchase the items over time. The Total Sale Price in the TRUTH IN LENDING DISCLOSURES assumes that you will make all payments as scheduled. The actual amount you will pay may be more or less depending on your payment record. You may prepay this Contract at any time without penalty.

**Security Interest:** To secure your obligations, you give us a "first priority" security interest in the Vehicle, all accessions, attachments, accessories and equipment placed in or on the Vehicle and all proceeds of the Vehicle. You also agree to give us a security interest in all money or goods received for the Vehicle and all insurance premiums, service and other contracts we finance. The security interest secures payment of all amounts you owe in this Contract and performance of your other agreements in this Contract. You agree a "first priority" security interest is a security interest before any other party's lien, claim, interest or right in or to the Vehicle. You will not grant anyone else a security interest, lien or any other claim to the Vehicle without our express prior written consent. We reserve our right to setoff **insurance proceeds or excess amounts of estimated official fees and taxes that we may receive against the principal amount of** what you owe us under the Contract to the extent not prohibited by applicable law.

**Finance Charges:** This is a simple interest Contract. The finance charges you pay will depend on how you make your payments. Your actual finance charges may be more than the disclosed Finance Charges if you make your payments late or in less than the scheduled amount. We will apply payments to late charges, finance charges and to the unpaid balance of the Contract in any manner we choose unless we are required by law to apply payments in a particular order. Finance charges are earned by applying the Contract Rate to the unpaid balance of the Contract for the time such balance is owed, subject to the finance charge free period, if any, described on the first page of this Contract.

**Use of Vehicle:** You must take care of the Vehicle. You must obey all laws in using it. You may use the Vehicle for any lawful purposes, other than to provide ride sharing services or for any other commercial purpose. You must keep the Vehicle in your possession at the Buyer's address shown above, unless we approve another address in writing. You may not sell or transfer any rights in the Vehicle without our prior written consent. You must keep it free from the claims of others. You will not take it out of the United States without our prior written consent. You will immediately tell us of any change in your address or the address where the Vehicle is regularly kept. You agree not to add to the Vehicle any accessories, equipment or any other property in which any other person has an ownership or security interest.

The original document is owned by Bridgecrest Acceptance Corporation and this copy was created on May 01, 2023 05:01:43 AM.

Exhibit A

**Warranties Seller Disclaims:** Unless the Seller makes a written warranty, or enters into a service contract within 90 days from the date of this Contract, **the Seller makes no warranties, express or implied, on the Vehicle, and there will be no implied warranties of merchantability or fitness for a particular purpose.** This provision does not affect any warranties covering the vehicle or parts thereof that the Vehicle manufacturer or parts supplier may provide. Only the manufacturer or supplier shall be liable for performance under their warranties.

**Vehicle Insurance:** You must insure yourself and us for the term of this Contract against loss of or damage to the Vehicle with a policy in the Buyer's name. You must maintain comprehensive fire, theft and collision coverage, insuring the Vehicle in an amount acceptable to us, name us as loss payee and provide whatever evidence of insurance we request. We must approve the type and amount of insurance that you obtain. You agree that if the insurance proceeds do not cover the amounts you still owe us, you will pay the difference. If you do not maintain the required insurance, we may buy substantially similar coverage at your expense. We may add the cost of such insurance to your obligations due under this Contract and/or collect those costs separately from you. You agree to pay such costs either upon our demand or in installments, subject to a finance charge at the Contract Rate, if we elect to apply a finance charge. The insurance we buy may, at our option, protect only our interest, or both your interest and ours. **Insurance we buy may cost substantially more than insurance you buy.** We will cancel the insurance we buy if you give us satisfactory proof of insurance reasonably acceptable to us. **Whether or not the Vehicle is insured, you will pay us all you owe under this Contract even if the Vehicle is lost, damaged beyond repair, or destroyed.**

You are not required as a condition of financing the purchase of the Vehicle to purchase or negotiate any insurance through a particular insurance company, agent or broker. Your choice of insurance providers will not affect our decision to sell you the Vehicle or extend credit to you.

**You agree that if you send any payment marked as "paid in full", "without recourse", or similar language, that language will not be binding on us, we may accept and cash the payment without losing any of our rights under this agreement, and you will remain obligated to pay any further amount owed to us under this agreement.**

**Returned Check Charge:** If you make any payment required by this Contract with a check that is returned or dishonored you agree to pay a charge equal to $30 or 5% of the amount of the check, whichever is greater, plus the amount of any fees charged to the holder of the insturment by a bank of financial instituation as a result of the instruement not being honored, after we prvide you with any notice that may be required by applicable law. If the fee is not paid when due, we may add this fee ot the unpaid balance of this Contract.

**Default:** You will be in default if any one of the following occurs (except as may be prohibited by law):
1. You fail to make any payment due under this Contract, including any down payment, in full when such payment is due.
2. We are unable to obtain a first priority security interest in the Vehicle.
3. You give another person a security interest in the Vehicle without our consent.
4. You fail to obtain or maintain insurance on the Vehicle as required by this Contract.
5. You gave us false or misleading information on your application relating to this Contract, if we cannot verify any information that you have provided us, if any information you provided to us is false, if we discover a material adverse change in such information during the review process, or if you do not cooperate in the verification and review process described below.
6. You fail to keep any other agreement or promise you made in this Contract.
7. You die, become incompetent, generally fail to pay your debts when they become due or if you file a bankruptcy petition or if one is filed against you.
8. The Vehicle is lost, **damaged beyond repair, or destroyed** or any other event occurs that causes us to believe that our prospects for payment or realization upon the Vehicle are impaired.

If you are in default, we may require you to pay at once the unpaid Amount Financed, the earned and unpaid part of the Finance Charge and all other amounts due under this Contract (the entire unpaid balance). If as a consequence of your default we require that you pay the entire unpaid balance, we will charge you interest at the Contract Rate on the entire unpaid balance from the date of our notice to you demanding payment of the entire unpaid balance. Additionally, we may take back (repossess) the Vehicle. We may also take items of personal property found in the Vehicle when we take back the Vehicle and hold them for you. If, after providing you with notice of our intent to dispose of such personal property as required by law and after allowing you time to claim the property as required by applicable law you do not claim your personal property, we will dispose of the personal property in a commercially reasonable manner.

We may cancel any insurance or other products or services you have purchased in this Contract and apply any refunds we receive to the amount you owe. You agree to pay any attorneys' fees not to exceed 15% of the principal and interest owing under this Contract if this Contract is referred to an attorney for collection who is not our salaried employee and other collection costs we incur at any time in collecting amounts you owe under this Contract, including during any bankruptcy proceedings or upon any appeal.

If we take back the Vehicle, we will sell it unless you exercise any right to cure or redeem the Vehicle that you may have under state law. The sale proceeds, less the actual amounts we pay for retaking, holding, preparing for disposition, processing and disposing of the Vehicle, and less our attorneys' fees and legal costs to the extent such costs, fees and expenses are permitted by applicable law, will be used to pay the amount you owe on this Contract. Any money left will be paid to you unless the law requires that we pay it to someone else. If the sale proceeds are not enough to pay off this Contract and costs, and we have complied with the applicable notice requirements, you will be obligated to pay us what is still owed (the deficiency) to the extent permitted by law.

We can, without notice, delay enforcing our rights or exercise only part of them without losing them, waive a right we have without waiving it for subsequent opportunities to exercise that right, and waive a right we have as to one Buyer without waiving it as to the other(s). You also expressly waive demand for payment, notice of non-payment, presentment, notice of dishonor, protest, notice of protest, notice of intent to accelerate and notice of acceleration.

**Assignment:** You may not assign your rights in the Vehicle or under this Contract without our permission. We may sell or assign our rights in this Contract without your permission. We may sell or assign this Contract for an amount that is more than or less than the Balance of Cash Price and Other Charges.

The original document is owned by Bridgecrest Acceptance Corporation and this copy was created on May 01, 2023 05:01:43 AM.    Page 3 of 5

Exhibit A

**General:** Any change in this Contract must be written and signed by you and us. The law of the state of the Dealer's place of business shown in this Contract applies to this Contract. If that law does not allow all the agreements in this Contract, the ones that are not allowed will be void. The rest of this Contract will still be good.

**After-Sale Review and Verification Process:** The Vehicle sold to you is subject to an after-sale review and verification of the information you have provided to us. You have agreed to cooperate with the after-sale review and verification process.

**Limitation on Damages:** Unless prohibited by law, you shall not be entitled to recover from us any consequential, incidental or punitive damages, damages to property or damages for loss of use, loss of time, loss of profits, or income or any other similar damages. We are not liable for any failure or delay in delivering the Vehicle to you if it is beyond our control, not our fault or we are not negligent.

**References/Credit Reports:** We may contact your employer or your references to verify the information you provided to us in your application or in connection with this Contract. We may also contact your employer or your references if we are unable to locate you. The servicer of this Contract may also do so. Federal or state law may limit these contacts. You also consent to us or a servicer, obtaining a credit report(s) in connection with the servicing of the Contract.

**Odometer (mileage):** Each of your and our representations regarding odometer readings are subject to information provided by others, including government agencies. We each understand that this information is not always accurate. As permitted by applicable law, neither of us is responsible for any inaccuracies in this information to the extent it is not the party's fault.

**Disclosure on Airbags:** We disclaim any knowledge of, and make no representation or warranty as to the condition or operability of the airbag(s) on the Vehicle unless otherwise disclosed to you on the AutoCheck Vehicle History Report. You acknowledge that we have not made any representations, oral or in writing, as to the condition or operability of the airbag(s), and you accept the Vehicle without representation or warranty from us. You further acknowledge that you had the opportunity to have the airbag(s) checked by someone of your choice prior to the completion of the sale.

**Liability Insurance Required:** You understand that state law requires you to purchase and maintain liability insurance. We do not provide liability insurance for you and it is not included in your Contract. You are not required as a condition of financing the purchase of the Vehicle to purchase or negotiate any insurance through a particular insurance company, agent or broker. Your choice of insurance providers will not affect our decision to sell you the Vehicle or extend credit to you.

**Record Retention:** You agree that we may maintain documents and records related to the Vehicle and the Contract electronically, including, but not limited to, documents and record images, and that we may dispose of original documents. You agree that a copy of any such electronic records may be used and shall be deemed to be the same as an original in any arbitration, judicial, or non-judicial or regulatory proceeding relating to the Vehicle.

**Assignment of Dealer:** For value received, Dealer hereby transfers to BRIDGECREST ACCEPTANCE CORPORATION ("Assignee") all of its right, title, and interest in the Contract and the Vehicle. This transfer and assignment is made pursuant to and is subject to any Agreement between Dealer and Assignee by which Assignee has agreed to accept the transfer and assignment of contracts from Dealer.

**Arbitration Agreement:** The arbitration agreement entered into between you and Dealer is incorporated by reference into and is a part of this Contract.

**Communication Consent:** You agree that we may monitor and record telephone calls regarding your account to assure the quality of our service or for other reasons. By providing the number of your land line, cell phone or other wireless device and your email address, you expressly consent and agree that we may call you, using an automatic telephone dialing system or otherwise, leave you a voice, prerecorded, or artificial voice message, or send you a text, e-mail, or other electronic message for any purpose related to the servicing or collection of any account that you may establish with us or for other informational purposes related to your account (each a "Communication"). You agree that we may send you a Communication at any land line, cell phone, or email address publicly available and associated with you and that you agree we may contact you at now or in the future. You also agree that we may include your personal information in a Communication. You understand email and text are not secure means of communication and that there is a possibility a third party may see our email or text to you. We will not charge you for a Communication, but your service provider may. You acknowledge and confirm that you have the authority to provide this consent because you are either the subscriber of the telephone number(s) and email address(es) or you are the non-subscriber customary user who has authority to provide this consent. If you change your telephone number(s) or email address, you agree to contact us immediately to advise us of any such change. In addition, you understand and agree we may always communicate with you in any manner permissible by law that does not require your prior consent.

**NOTICE TO THE BUYER**

**DO NOT SIGN THIS CONTRACT BEFORE YOU READ IT OR IF IT CONTAINS ANY BLANK SPACES. YOU ARE ENTITLED TO AN EXACT COPY OF THE CONTRACT YOU SIGN. YOU ALSO ACKNOWLEDGE RECEIPT OF A TRUE AND COMPLETELY FILLED IN COPY OF ALL PAGES OF THIS CONTRACT AT THE TIME YOU SIGN IT.**

DocuSigned by:

X *Quintavious Newton* ⎯ Sales Contract

DocuSigned by:

X *Tia Newton* ⎯ Sales Contract

By signing below, the Dealer/Creditor accepts this Contract

X *Clay B. Scheitzach*

Dealer

Demo Watermark (http://www.imagepdf.com/)

The original document is owned by Bridgecrest Acceptance Corporation and this copy was created on May 01, 2023 05:01:43 AM.

Exhibit A

Page 5 of 5



Date: September 20, 2021

To Whom It May Concern:

DriveTime Car Sales Company, LLC ("DTCS") (FEIN:86-0683232) is a licensed used motor vehicle retailer.

Bridgecrest Acceptance Corporation is an affiliate of DriveTime Car Sales Company and is the assignee and owner of certain accounts related to vehicles sold by DriveTime Car Sales Company, LLC and subsequently transferred to Bridgecrest.

Sincerely,

Clay Scheitzach
DriveTime Car Sales Company, LLC
General Counsel

Bridgecrest Credit Company, LLC
General Counsel

Bridgecrest Acceptance Corporation
General Counsel

Exhibit A

# MODIFICATION AGREEMENT TO YOUR RETAIL INSTALLMENT CONTRACT ("CONTRACT")

| | | | |
|---|---|---|---|
| Effective Date: | 9/19/2024 | Current Maturity Date: | 3/10/2029 |
| Sales Date: | 4/29/2023 | Original Maturity Date: | 3/10/2029 |
| Next Due Date: | 9/14/2024 | | |
| Customer ("you" or "your"): | Quintavious Newton | | |
| Customer ("you" or "your"): | Tia Newton | | |
| Vehicle Year/Make/Model: | 2018 Dodge Journey | | |
| Vehicle Last 6 of VIN: | 443833 | Account Number | |

Bridgecrest, on behalf of the vehicle lienholder ("we" or "us"), hereby agrees to the following modification(s) to your Contract with us. You acknowledge that this modification changes your Contract.

You have requested that we modify your Contract as indicated below. You acknowledge that this modification changes your Contract.

☑ Grant an extension per the following; we agree to defer  8  payment(s).
Please be aware that your Current Maturity Date will change as a result of deferring such payment(s). After this extension, your new maturity date will be extended out by  8  payment(s).

The interest you owe on this Contract is calculated using the simple interest method. This interest is also called a "finance charge." FINANCE CHARGES WILL CONTINUE TO ACCRUE ON THE UNPAID BALANCE AT THE CONTRACT RATE. BY DEFERRING ONE OR MORE INSTALLMENTS, YOU WILL PAY MORE FINANCE CHARGES THAN ORIGINALLY DISCLOSED. As a result, you will owe more interest on your account because you are not making payments. Your next payment on your next due date may be applied primarily to interest. Unless you pay more than your scheduled amount in a payment or payments, it will take longer for you to pay off your account. We have reset your remaining payments so that if you make all of them on time, you will have fully paid your account with your final payment. Upon final payment of all monies owed, we will deliver the motor vehicle title or other documents necessary to release our lien to you and/or your state's vehicle titling agency, as appropriate.

There is no fee to process this payment extension. However, interest will continue to accrue during the extension period, which will result in additional finance charges over the remaining life of your Contract. Please note that this payment extension will result in more or all of your next scheduled payment being applied to interest rather than principal on your account. This means that the repayment of your principal balance may be delayed, causing you to incur more Finance Charges over the remaining life of your account.

Due to this payment extension, the final payment amount on your account may be larger than the original final payment amount listed on your Contract. Based on the status of your account right now, your past payment history and the extension being provided now, we estimate that your final payment will be $ 6,298.62 . Please note that this is only an estimate, and the amount of your final payment is subject to change and is determined by various factors. These factors include making timely payments under the terms of your payment extension and Contract. Making payments late, even by one day past the due date, will cause your final payment to be higher.

Also, as a result of this payment extension, the maturity date (or final payment due date) of your Contract will be made later than originally contracted. It will be extended by the same number of months as the extension being provided now.

You acknowledge and understand that (1) this modification is granted at the request of and as an accommodation to you; (2) the processing fee (as applicable) may be limited by applicable law and represents a portion of our actual costs and expenses associated with the collection, processing and documenting of the modification; (3) no interest is charged on the processing fee; (4) we are not obligated to modify your Contract again; (5) all terms and conditions of the Contract are binding and in full force and effect, except as amended by this agreement; and (6) this modification can only be accepted by reviewing and processing the modification.

This modification, the Contract, and the Arbitration Agreement, together, constitute the complete and final agreement between you and us concerning the sale and financing of the vehicle you purchased. No prior statements or understandings apply.

Exhibit A

This modification shall be construed in accordance with the laws of the state in which you purchased the vehicle, without giving effect to its conflicts of law principles. This modification may be executed in counterparts and electronically. One or more counterparts may be delivered via facsimile or electronically with the intention that they shall have the same effect as an original executed counterpart. The parties agree that each party may accept and rely upon any facsimile or electronic signature of the other party as an original signature for all purposes.

You further understand that if you fail to comply with the terms of your contract and modification, we may then enforce the terms and conditions, including repossession or other action(s) as allowed by applicable law under your Contract.

The "Communications Consent" provisions contained in the credit application and the Retail Installment Contract that you signed are incorporated by reference into and are a part of this modification agreement.

**BY SIGNING THIS MODIFICATION, CUSTOMER (S) AND CO-SIGNER (AS APPLICABLE) ACKNOWLEDGE RECEIPT OF A COPY OF THIS MODIFICATION.**
**THIS DOCUMENT IS NOT VALID UNTIL SIGNED BY A BRIDGECREST MANAGER.**

Customer: [signature]    Date: 9/19/2024

Customer: _____    Date: _____

Co-signer: _____    Date: _____

**BY SIGNING THIS MODIFICATION, CUSTOMER (S) AND CO-SIGNER (AS APPLICABLE) ACKNOWLEDGE RECEIPT OF A COPY OF THIS MODIFICATION.**

Exhibit A