# CENTIMARK

## Statement of Earnings and Deductions

Centimark Corporation
12 Grandview Circle
Canonsburg, PA 15317
Telephone (724) 743-7777

| | |
|---|---|
| Personnel Number: | 00041204 |
| Employee Name: | QUINTAVIOUS MARQUEZ NEWTON |
| Address: | 749 SHADOW LAKE DR |
| | LITHONIA GA  30058 |

| | |
|---|---|
| Pay Date: | 06/06/2025 |
| Payroll Area: | CW - Cent Weekly |
| Pay period: | 05/26/2025 to 06/01/2025    2025.23 |
| Company Code: | CentiMark Corporation US |

| Earnings | + | Reimbursements | - | Deductions | - | Taxes | = | Payment Amount |
|---|---|---|---|---|---|---|---|---|
| 946.56 | | 0.00 | | 164.64 | | 124.89 | | 657.03 |
| YTD Earnings | + | YTD Reimbursements | - | YTD Deductions | - | YTD Taxes | = | YTD Payment Amount |
| 17,725.98 | | 2,300.00 | | 1,787.52 | | 2,830.95 | | 15,407.51 |

## PAYMENT DETAILS

| Payment Method | Bank or Other | Account # | Amount | Currency |
|---|---|---|---|---|
| Payroll Direct Deposit | Banc********** | **************2111 | 657.03 | USD |

## EARNINGS AND REIMBURSEMENTS

| | Pay Period | Rate | Hours | Amount | Total | YTD Amount |
|---|---|---|---|---|---|---|
| **EARNINGS** | | | | | | |
| Holiday Wages | 05/26/2025 - 06/01/2025 | 24.00 | 8.00 | 192.00 | 192.00 | 576.00 |
| Indirect Wages | | | | | | 912.00 |
| Ind Perf Bon OT | | | | | | 3.44 |
| Ind Perf Bonus Reg | | | | | | 40.06 |
| PTO Wages | | | | | | 840.00 |
| Direct OT | | | | | | 3,173.04 |
| Direct Wages | 05/26/2025 - 06/01/2025 | 24.00 | 31.44 | 754.56 | 754.56 | 12,181.44 |
| **Total Earnings** | | | | **946.56** | **946.56** | **17,725.98** |
| **REIMBURSEMENTS** | | | | | | |
| Indirect Meals | | | | | | 200.00 |
| Direct Meals | | | | | | 2,100.00 |
| **Total Reimbursements** | | | | | | **2,300.00** |

## DEDUCTIONS AND TAXES

### DEDUCTIONS (Pre-Tax and Post-Tax)

| | | | | Amount | Total | YTD Amount |
|---|---|---|---|---|---|---|
| EE Health Ins. Contrib. | | | | 159.24 | 159.24 | 1,728.89 |
| Supplemental Vision Care | | | | 5.40 | 5.40 | 58.63 |
| **Total Deductions** | | | | **164.64** | **164.64** | **1,787.52** |

### TAXES

| | | | | Amount | Total | YTD Amount |
|---|---|---|---|---|---|---|
| Federal | FED | | | | | |
| TX Withholding Tax | | | | 35.37 | 35.37 | 977.22 |
| TX EE Social Security Tax | | | | 48.47 | 48.47 | 988.18 |
| TX EE Medicare Tax | | | | 11.34 | 11.34 | 231.11 |
| State | GA | | | | | |
| TX Withholding Tax | | | | 29.71 | 29.71 | 634.44 |
| **Total Taxes** | | | | **124.89** | **124.89** | **2,830.95** |

## PAYMENT AMOUNT

| | | | | | Total | YTD Amount |
|---|---|---|---|---|---|---|
| **Total Payment Amount** | | | | | **657.03** | **15,407.51** |

## TAX WITHHOLDING SELECTIONS

| Tax Authority | | Tax Exempt Ind | Filing Status | Number of Deductions | Credit Amounts for Dependents | Additional Withholding |
|---|---|---|---|---|---|---|
| FED | Federal | Not exempt | 06 - Head of household or family | 00 | 0.00 | 0.00 |
| GA | Georgia | Not exempt | 01 - Single | 00 | 0.00 | 0.00 |

# CentiMark

## Statement of Earnings and Deductions

Centimark Corporation
12 Grandview Circle
Canonsburg, PA 15317
Telephone (724) 743-7777

| | |
|---|---|
| Personnel Number: | 00041204 |
| Employee Name: | QUINTAVIOUS MARQUEZ NEWTON |
| Address: | 749 SHADOW LAKE DR |
| | LITHONIA GA  30058 |

| | |
|---|---|
| Pay Date: | 06/13/2025 |
| Payroll Area: | CW - Cent Weekly |
| Pay period: | 06/02/2025 to 06/08/2025   2025.24 |
| Company Code: | CentiMark Corporation US |

| Earnings | + | Reimbursements | - | Deductions | - | Taxes | = | Payment Amount |
|---|---|---|---|---|---|---|---|---|
| 144.00 | | 0.00 | | 82.32 | | 4.72 | | 56.96 |
| YTD Earnings | + YTD Reimbursements | | - YTD Deductions | | - YTD Taxes | | = YTD Payment Amount | |
| 17,869.98 | 2,300.00 | | 1,869.84 | | 2,835.67 | | 15,464.47 | |

### PAYMENT DETAILS

| Payment Method | Bank or Other | Account # | Amount | Currency |
|---|---|---|---|---|
| Payroll Direct Deposit | Banc********** | **************2111 | 56.96 | USD |

### EARNINGS AND REIMBURSEMENTS

| | Pay Period | Rate | Hours Amount | Total | YTD Amount |
|---|---|---|---|---|---|
| **EARNINGS** | | | | | |
| Holiday Wages | | | | | 576.00 |
| Indirect Wages | 06/02/2025 - 06/08/2025 | 24.00 | 6.00     144.00 | 144.00 | 1,056.00 |
| Ind Perf Bon OT | | | | | 3.44 |
| Ind Perf Bonus Reg | | | | | 40.06 |
| PTO Wages | | | | | 840.00 |
| Direct OT | | | | | 3,173.04 |
| Direct Wages | | | | | 12,181.44 |
| **Total Earnings** | | | **144.00** | **144.00** | **17,869.98** |
| **REIMBURSEMENTS** | | | | | |
| Indirect Meals | | | | | 200.00 |
| Direct Meals | | | | | 2,100.00 |
| **Total Reimbursements** | | | | | **2,300.00** |

### DEDUCTIONS AND TAXES

| | | | | | |
|---|---|---|---|---|---|
| **DEDUCTIONS (Pre-Tax and Post-Tax)** | | | | | |
| EE Health Ins. Contrib. | | | 79.62 | 79.62 | 1,808.51 |
| Supplemental Vision Care | | | 2.70 | 2.70 | 61.33 |
| **Total Deductions** | | | **82.32** | **82.32** | **1,869.84** |
| **TAXES** | | | | | |
| Federal | FED | | | | |
| TX Withholding Tax | | | | | 977.22 |
| TX EE Social Security Tax | | | 3.83 | 3.83 | 992.01 |
| TX EE Medicare Tax | | | 0.89 | 0.89 | 232.00 |
| State | GA | | | | |
| TX Withholding Tax | | | | | 634.44 |
| **Total Taxes** | | | **4.72** | **4.72** | **2,835.67** |

### PAYMENT AMOUNT

| | | |
|---|---|---|
| **Total Payment Amount** | **56.96** | **15,464.47** |

### TAX WITHHOLDING SELECTIONS

| Tax Authority | | Tax Exempt Ind | Filing Status | Number of Deductions | Credit Amounts for Dependents | Additional Withholding |
|---|---|---|---|---|---|---|
| FED | Federal | Not exempt | 06 - Head of household or family | 00 | 0.00 | 0.00 |
| GA | Georgia | Not exempt | 01 - Single | 00 | 0.00 | 0.00 |

# CENTIMARK

## Statement of Earnings and Deductions

Centimark Corporation
12 Grandview Circle
Canonsburg, PA 15317
Telephone (724) 743-7777

| | |
|---|---|
| Personnel Number: | 00041204 |
| Employee Name: | QUINTAVIOUS MARQUEZ NEWTON |
| Address: | 749 SHADOW LAKE DR |
| | LITHONIA GA  30058 |

| | |
|---|---|
| Pay Date: | 06/27/2025 |
| Payroll Area: | CW - Cent Weekly |
| Pay period: | 06/16/2025 to 06/22/2025    2025.26 |
| Company Code: | CentiMark Corporation US |

| Earnings | + | Reimbursements | - | Deductions | - | Taxes | = | Payment Amount |
|---|---|---|---|---|---|---|---|---|
| 1,625.64 | | 200.00 | | 164.64 | | 294.94 | | 1,366.06 |
| YTD Earnings | + YTD Reimbursements | | - YTD Deductions | | - YTD Taxes | | = YTD Payment Amount | |
| 19,495.62 | 2,500.00 | | 2,034.48 | | 3,130.61 | | 16,830.53 | |

### PAYMENT DETAILS

| Payment Method | Bank or Other | Account # | Amount | Currency |
|---|---|---|---|---|
| Payroll Direct Deposit | Banc********** | **************2111 | 1,366.06 | USD |

### EARNINGS AND REIMBURSEMENTS

| | Pay Period | Rate | Hours Amount | Total | YTD Amount |
|---|---|---|---|---|---|
| **EARNINGS** | | | | | |
| Holiday Wages | | | | | 576.00 |
| Indirect Wages | | | | | 1,056.00 |
| Ind Perf Bon OT | | | | | 3.44 |
| Ind Perf Bonus Reg | | | | | 40.06 |
| PTO Wages | | | | | 840.00 |
| Direct OT | 06/16/2025 - 06/22/2025 | 36.00 | 18.49 | 665.64 | 665.64 | 3,838.68 |
| Direct Wages | 06/16/2025 - 06/22/2025 | 24.00 | 40.00 | 960.00 | 960.00 | 13,141.44 |
| **Total Earnings** | | | | **1,625.64** | **1,625.64** | **19,495.62** |
| **REIMBURSEMENTS** | | | | | |
| Indirect Meals | | | | | 200.00 |
| Direct Meals | | | | 200.00 | 200.00 | 2,300.00 |
| **Total Reimbursements** | | | | **200.00** | **200.00** | **2,500.00** |

### DEDUCTIONS AND TAXES

**DEDUCTIONS (Pre-Tax and Post-Tax)**

| | | | | |
|---|---|---|---|---|
| EE Health Ins. Contrib. | | 159.24 | 159.24 | 1,967.75 |
| Supplemental Vision Care | | 5.40 | 5.40 | 66.73 |
| **Total Deductions** | | **164.64** | **164.64** | **2,034.48** |

**TAXES**

| | | | | |
|---|---|---|---|---|
| Federal | FED | | | |
| TX Withholding Tax | | 116.86 | 116.86 | 1,094.08 |
| TX EE Social Security Tax | | 90.58 | 90.58 | 1,082.59 |
| TX EE Medicare Tax | | 21.19 | 21.19 | 253.19 |
| State | GA | | | |
| TX Withholding Tax | | 66.31 | 66.31 | 700.75 |
| **Total Taxes** | | **294.94** | **294.94** | **3,130.61** |

### PAYMENT AMOUNT

| | | |
|---|---|---|
| Total Payment Amount | 1,366.06 | 16,830.53 |

### TAX WITHHOLDING SELECTIONS

| Tax Authority | | Tax Exempt Ind | Filing Status | Number of Deductions | Credit Amounts for Dependents | Additional Withholding |
|---|---|---|---|---|---|---|
| FED | Federal | Not exempt | 06 - Head of household or family | 00 | 0.00 | 0.00 |
| GA | Georgia | Not exempt | 01 - Single | 00 | 0.00 | 0.00 |

# CentiMark

**Statement of Earnings and Deductions**

Centimark Corporation
12 Grandview Circle
Canonsburg, PA 15317
Telephone (724) 743-7777

| | | | | |
|---|---|---|---|---|
| Personnel Number: | 00041204 | | Pay Date: | 07/03/2025 |
| | | | Payroll Area: | CW - Cent Weekly |
| Employee Name: | QUINTAVIOUS MARQUEZ NEWTON | | Pay period: | 06/23/2025 to 06/29/2025   2025.27 |
| Address: | 749 SHADOW LAKE DR | | | |
| | LITHONIA GA  30058 | | Company Code: | CentiMark Corporation US |

| Earnings | + | Reimbursements | - | Deductions | - | Taxes | = | Payment Amount |
|---|---|---|---|---|---|---|---|---|
| 1,833.00 | | 250.00 | | 82.32 | | 374.55 | | 1,626.13 |
| YTD Earnings | + | YTD Reimbursements | - | YTD Deductions | - | YTD Taxes | = | YTD Payment Amount |
| 21,328.62 | | 2,750.00 | | 2,116.80 | | 3,505.16 | | 18,456.66 |

## PAYMENT DETAILS

| Payment Method | Bank or Other | Account # | Amount | Currency |
|---|---|---|---|---|
| Payroll Direct Deposit | Banc********** | **************2111 | 1,626.13 | USD |

## EARNINGS AND REIMBURSEMENTS

| | Pay Period | Rate | | Hours Amount | Total | YTD Amount |
|---|---|---|---|---|---|---|
| **EARNINGS** | | | | | | |
| Holiday Wages | | | | | | 576.00 |
| Indirect Wages | | | | | | 1,056.00 |
| Ind Perf Bon OT | | | | | | 3.44 |
| Ind Perf Bonus Reg | | | | | | 40.06 |
| PTO Wages | | | | | | 840.00 |
| Direct OT | 06/23/2025 - 06/29/2025 | 36.00 | 24.25 | 873.00 | 873.00 | 4,711.68 |
| Direct Wages | 06/23/2025 - 06/29/2025 | 24.00 | 40.00 | 960.00 | 960.00 | 14,101.44 |
| **Total Earnings** | | | | **1,833.00** | **1,833.00** | **21,328.62** |
| **REIMBURSEMENTS** | | | | | | |
| Indirect Meals | | | | | | 200.00 |
| Direct Meals | | | | 250.00 | 250.00 | 2,550.00 |
| **Total Reimbursements** | | | | **250.00** | **250.00** | **2,750.00** |

## DEDUCTIONS AND TAXES

### DEDUCTIONS (Pre-Tax and Post-Tax)

| | | | | Hours Amount | Total | YTD Amount |
|---|---|---|---|---|---|---|
| EE Health Ins. Contrib. | | | | 79.62 | 79.62 | 2,047.37 |
| Supplemental Vision Care | | | | 2.70 | 2.70 | 69.43 |
| **Total Deductions** | | | | **82.32** | **82.32** | **2,116.80** |

### TAXES

| | | | | Hours Amount | Total | YTD Amount |
|---|---|---|---|---|---|---|
| Federal | FED | | | | | |
| TX Withholding Tax | | | | 158.71 | 158.71 | 1,252.79 |
| TX EE Social Security Tax | | | | 108.54 | 108.54 | 1,191.13 |
| TX EE Medicare Tax | | | | 25.38 | 25.38 | 278.57 |
| State | GA | | | | | |
| TX Withholding Tax | | | | 81.92 | 81.92 | 782.67 |
| **Total Taxes** | | | | **374.55** | **374.55** | **3,505.16** |

## PAYMENT AMOUNT

| | Total | YTD Amount |
|---|---|---|
| **Total Payment Amount** | **1,626.13** | **18,456.66** |

## TAX WITHHOLDING SELECTIONS

| Tax Authority | | Tax Exempt Ind | Filing Status | Number of Deductions | Credit Amounts for Dependents | Additional Withholding |
|---|---|---|---|---|---|---|
| FED | Federal | Not exempt | 06 - Head of household or family | 00 | 0.00 | 0.00 |
| GA | Georgia | Not exempt | 01 - Single | 00 | 0.00 | 0.00 |



CentiMark Corporation
12 Grandview Circle, Canonsburg, PA 15317
Telephone (724) 743-7777    For pd .. 28/2025    In pd ... 28/2025    Regular
                                                                      06/30/2025  07/06/2025
00041204   QUINTAVIOUS MARQUEZ NEWTON   2993
EMP. NO. DEPT.   EMPLOYEE NAME             SOCIAL SECURITY NO.   PERIOD BEG.   PERIOD END.

| EARNINGS | RATE | HOURS/UNITS | CURRENT AMOUNT | YEAR TO DATE | DEDUCTIONS | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| Direct Wages | 24.00 | 40.00 | 960.00 | 15,061.44 | TX Withholding Tax | 125.93 | 1,37 |
| Direct OT | 36.00 | 12.97 | 466.92 | 5,178.60 | TX EE Social Secur | 95.27 | 1,28 |
| Indirect Wages | 24.00 | 0.00 | | 1,056.00 | TX EE Medicare Tax | 22.28 | 30 |
| Direct Meals | | 0.00 | 150.00 | 2,700.00 | TX Withholding Tax | 70.38 | 85 |
| Indirect Meals | | | | 200.00 | EE Health Ins. Con | -79.62 | 2,12 |
| Holiday Wages | 24.00 | 8.00 | 192.00 | 768.00 | Supplemental Visio | -2.70 | 72 |
| PTO Wages | | | | 840.00 | | | |
| Ind Perf Bonus | | | | 40.06 | | | |
| Ind Perf Bon OT | | | | 3.44 | | | |

| EXPENSE REIMBURSEMENTS | CURRENT | YTD | QUOTA | ACCRUED | USED | REMAINDER |
|---|---|---|---|---|---|---|
| | | | PTO | 44.6891 | 35.0000 | 9.6891 |
| | | | PTO PAID | | | |

| PAY RATE | CURRENT EARNINGS | CURRENT DEDUCTIONS | NET PAY | Y-T-D EARNINGS | Y-T-D DEDUCTIONS | Y-T-D NET PAY |
|---|---|---|---|---|---|---|
| | 1,768.92 | 313.86 TX / 82.32 DD | 1,372.74 | 19,029.40 YTD / 25,847.54 | 3,819.02 TX / 2,199.12 DD | |

CentiMark Corporation
12 Grandview Circle
Canonsburg, Pennsylvania 15317
Telephone (724) 743-7777